**MATERN LAW GROUP, PC**
MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
JOSHUA D. BOXER (SBN 226712)
jboxer@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone: (310) 531-1900
Facsimile:  (310) 531-1901

**MATERN LAW GROUP, PC**
COREY B. BENNETT (SBN 267816)
cbennett@maternlawgroup.com
ELIZABETH A. MEDRANO (SBN 323742)
emedrano@maternlawgroup.com
1330 Broadway, Suite 428
Oakland, California 94612
Telephone: (510) 227-3998
Facsimile:  (310) 531-1901

Attorneys for Plaintiff
ROBERT DAVID JAEKEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DAVID JAEKEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AYTU BIOSCIENCE, INC., a Delaware corporation; JOSH DISBROW, an individual; JARRETT DISBROW, an individual; RICK NORD, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 3:20-CV-00340-TSH<br><br>[*Removed from Contra Costa Superior Court Civil Case No.*:  MSC19-00551]<br><br>**PLAINTIFF'S STATUS REPORT**<br><br>Judge: Mag. Judge Thomas S. Hixson<br>Crtrm.: G, 15th Floor<br><br>Trial Date:     None Set |

Pursuant to this Court's April 10, 2020 Status Order ("Order"), counsel for Plaintiff Robert David Jaekel ("Plaintiff") hereby submits the following Status Report regarding Defendant Rick Nord.

-1-

MATERN LAW GROUP
1230 ROSECRANS
AVENUE, STE 200
MANHATTAN
BEACH, CA 90266

PLAINTIFF'S STATUS REPORT
CASE NO.: 3:20-CV-00340-TSH

A. **Status on Defendant Rick Nord**

Plaintiff completed service of the summons and complaint on Defendant Rick Nord ("Defendant") on January 3, 2020. As of the date of this Status Report, Defendant has not filed a responsive pleading with this Court.

Plaintiff no longer intends to proceed with his claims against Defendant. Plaintiff will file a Notice of Voluntary Dismissal Without Prejudice of Defendant Rick Nord from this action.

DATED: April 13, 2020              Respectfully submitted,

**MATERN LAW GROUP, PC**

By: */s/ Corey B. Bennett*
MATTHEW J. MATERN
JOSHUA D. BOXER
COREY B. BENNETT
ELIZABETH A. MEDRANO
Attorneys for Plaintiff
ROBERT DAVID JAEKEL

-2-

MATERN LAW GROUP
1230 ROSECRANS
AVENUE, STE 200
MANHATTAN
BEACH, CA 90266

PLAINTIFF'S STATUS REPORT
CASE NO.: 3:20-CV-00340-TSH